UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No. 4:06CR372-DJS |
| ) | |
| **ROCH Z. KOBEA,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon careful consideration of the report and recommendation of United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #21] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to strike surplusage [Doc. #19] is denied as moot.

**IT IS FURTHER ORDERED** that defendant's motion to suppress statements [Doc. #20] is denied as moot.

Dated this ___2nd___ day of August, 2006.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE